BRYAN SCHRODER
Acting United States Attorney

KIMBERLY SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| vs. | ) | CONSPIRACY TO COMMIT ROBBERY |
| | ) | AFFECTING INTERSTATE COMMERCE |
| SHANE COLE TWIGG AND | ) | Vio. of 18 U.S.C. § 1951(a) |
| MYLES GONANGNAN, | ) | |
| | ) | COUNT 2: |
| Defendants. | ) | ROBBERY AFFECTING INTERSTATE |
| | ) | COMMERCE |
| | ) | Vio. of 18 U.S.C. § 1951(a) |
| | ) | |
| | ) | COUNT 3: |
| | ) | ATTEMPTED ROBBERY AFFECTING |
| | ) | INTERSTATE COMMERCE |
| | ) | Vio. of 18 U.S.C. § 1951(a) |
| | ) | |
| | ) | COUNT 4: |
| | ) | USING OR BRANDISHING A FIREARM |
| | ) | DURING AND IN RELATION TO A |
| | ) | CRIME OF VIOLENCE |
| | ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i) and |
| | | (ii) |

|  | ) | COUNT 5: |
|--|--|--|
|  | ) | USING OR DISCHARGING A FIREARM |
|  | ) | DURING AND IN RELATION TO A |
|  | ) | CRIME OF VIOLENCE |
|  | ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i), (ii) and (iii) |
|  | ) | COUNT 6: |
|  | ) | FELON IN POSSESSION OF A FIREARM |
|  | ) | Vio. of 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
|  | ) | COUNT 7: |
|  | ) | FELON IN POSSESSION OF A FIREARM |
|  | ) | Vio. of 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
|  | ) | CRIMINAL FORFEITURE ALLEGATION |
|  | ) | 18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about September 25, 2017, within the District of Alaska, the defendants, SHANE COLE TWIGG and MYLES GONANGNAN, did knowingly and intentionally combine, conspire, confederate and agree, together and with one another, to commit robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce.

All of which is in violation of Title 18, United States Code, Section 1951(a).

//

## COUNT 2

On or about September 25, 2017, within the District of Alaska, the defendants, SHANE COLE TWIGG and MYLES GONANGNAN, did knowingly and intentionally obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), to wit: defendants robbed Café D'Arte, an inherently commercial enterprise located at 1251 Boniface Parkway, Anchorage, Alaska, that sells coffee produced outside Alaska.

All of which is in violation of Title 18, United States Code, Section 1951(a).

## COUNT 3

On or about September 25, 2017, within the District of Alaska, the defendants, SHANE COLE TWIGG and MYLES GONANGNAN, did knowingly and intentionally attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), to wit: defendants attempted to rob Heavenly Cup, an inherently commercial enterprise located at 8710 Lake Otis Parkway, Anchorage, Alaska, that sells coffee produced outside Alaska.

All of which is in violation of Title 18, United States Code, Section 1951(a).

## COUNT 4

On or about September 25, 2017, within the District of Alaska, the defendants, SHANE COLE TWIGG and MYLES GONANGNAN, knowingly used, carried, and brandished a firearm, that is, one Ruger Redhawk .44 caliber revolver, during and in

relation to a crime of violence, namely, the robbery of Café D'Arte, as charged in Count 2.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT 5

On or about September 25, 2017, within the District of Alaska, the defendants, SHANE COLE TWIGG and MYLES GONANGNAN, knowingly used, carried, brandished and discharged a firearm, that is, one Ruger Redhawk .44 caliber revolver, during and in relation to a crime of violence, namely, the attempted robbery of Heavenly Cup, as charged in Count 3.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) and (iii).

## COUNT 6

On or about September 25, 2017, within the District of Alaska, defendant SHANE COLE TWIGG, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one Ruger Redhawk .44 caliber revolver.

//
//

Felony Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| Dec. 1, 2006 | Resisting a Federal Officer and Inflicting Bodily Injury | U.S. District Court, District of Alaska | 3:05-CR-00041-01-RRB |
| May 19, 2014 | Felony DUI – 2+ Priors | State of Alaska | 3AN-11-07667 |
| Sept. 14, 2015 | Controlled Substances 4 | State of Alaska | 3AN-14-07875 |

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 7

On or about September 25, 2017, within the District of Alaska, defendant MYLES GONANGNAN, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one Ruger Redhawk .44 caliber revolver.

Felony Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| 10/10/11 | Burglary 2 | State of Alaska | 3AN-11-8405 |

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 7 of this Indictment, defendants SHANE COLE TWIGG and MYLES CONANGNAN shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and firearm or ammunition involved in or used in knowing commission of the offenses, including, but not limited to one Ruger Redhawk .44 caliber revolver seized upon defendant's arrest on September 25, 2017.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Kimberly Sayers-Fay
KIMBERLY SAYERS-FAY
United States of America
Assistant U.S. Attorney



s/ Bryan Schroder
BRYAN SCHRODER
United States of America
Acting United States Attorney



DATE:      10/19/17